JS-6

1  STEPHANIE S. CHRISTENSEN
   Acting United States Attorney
2  DAVID M. HARRIS
   Assistant United States Attorney
3  Chief, Civil Division
   CEDINA M. KIM
4  Assistant United States Attorney
   Senior Trial Attorney, Civil Division
5  MICHAEL K. MARRIOTT, CSBN 280890
6  Special Assistant United States Attorney
7        Social Security Administration
         160 Spear Street, Suite 800
8        San Francisco, CA 94105-1545
9        Telephone: (415) 977-8985
         Facsimile: (415) 744-0134
10       Email: Michael.Marriott@ssa.gov
11 Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| NINA KATHLEEN HIERS, | ) |
|---|---|
| | ) Case No. 5:23-cv-01008-SK |
| Plaintiff, | ) |
| | ) |
| v. | ) **JUDGMENT OF REMAND** |
| | ) |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of | ) |
| Social Security, | ) |
| | ) |
| Defendant. | ) |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrently with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:  August 10, 2023

_/s/ Steve Kim_
HON. STEVE KIM
UNITED STATES MAGISTRATE JUDGE