LAW OFFICES OF BILL LATOUR
ALEX PANUTICH [CSBN: 257274]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| NINA KATHLEEN HIERS, ) | No. 5:23-cv-01008-MEMF-SK |
| Plaintiff, ) | |
| v. ) | ORDER AWARDING EAJA FEES |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, ) | |
| Defendant. ) | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA attorney fees are awarded in the amount of ONE THOUSAND THREE HUNDRED EIGHTEEN DOLLARS and 92/100 ($1,318.92), and zero ($0.00) costs, subject to the terms of the stipulation.

DATE: 8/14/2023      _[signature]_

HON. STEVE KIM
UNITED STATES MAGISTRATE JUDGE